# REQUEST FOR JUDICIAL NOTICE AND MOTION FOR TARGETED SUBPOENAS

(Presented in the Manner and Structural Jurisprudence of Justice Ruth Bader Ginsburg)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

DAVID A. FREEMAN,

   Plaintiff,

v.

CITY OF NEWTON, MASSACHUSETTS, et al.,

   Defendants.

Case No. 8:25-cv-03159-KKM-CPT

## MOTION

Plaintiff respectfully moves for judicial notice of two municipal records—Newton Police Department reports dated December 2, 2024 and December 12, 2024—and seeks issuance of limited, targeted subpoenas necessary to clarify ambiguities that arise on the face of those documents. These records were obtained through a public-records request on or about January 12, 2025, for which Plaintiff holds a dated receipt and stands ready to attest by affidavit.

## I. REQUEST FOR JUDICIAL NOTICE

Plaintiff requests judicial notice of the existence and contents of the following municipal records:

Exhibit A — Newton Police Department Report (December 2, 2024)

Exhibit B — Newton Police Department Report (December 12, 2024)

Judicial notice is appropriate where a party seeks recognition of the existence and contents of official municipal documents relevant to ongoing litigation.

## II. FACIAL INCONSISTENCIES REQUIRING LIMITED INQUIRY

The December 2 and December 12 reports contain material inconsistencies regarding the alleged conduct, timing, sources of allegations, claimed locations, and narrative sequences. Because two sworn municipal records cannot both be accurate while contradicting one another on material points, limited inquiry is necessary.

## III. DOCTRINAL BASIS

A. Limone — Indicators of Fabrication

B. Franks — Potential Material Misstatements

C. Brady — Omission of Material Information

D. Giglio — Undisclosed or Compromised Witnesses

Each doctrine is implicated by the conflicting narratives, omissions, and failures to disclose relevant municipal knowledge present on the face of Exhibits A and B.

## IV. TARGETED SUBPOENA REQUESTS

1. Newton Police Department Records Bureau — metadata, CAD logs, drafts, revisions.

2. Newton Police Department Command Staff — supervisory review notes.

3. Newton District Court — certified transcript records.

4. Newton IT Systems — digital timestamps and attachments.

5. Any additional custodians revealed through production.

## V. STATEMENT REGARDING ACQUISITION

The two Newton Police reports were not voluntarily provided to Plaintiff in any proceeding and were obtained solely through a public-records request dated January 12, 2025. Plaintiff can attest to this by affidavit. No other records have been provided by Defendants despite concurrent municipal actions involving the same subject matter.

## VI. CONCLUSION

Plaintiff respectfully requests that the Court take judicial notice of Exhibits A and B and issue the targeted subpoenas described above.

Respectfully submitted,

/s/ David A. Freeman



# NEWTON POLICE DEPARTMENT
## Newton, MA

| Incident # / Report # | Officer | Rank | Review Status |
|---|---|---|---|
| 24040437 / 1 | HELMS G | OFFICER | APPROVED |

## INCIDENT #24040437 DATA
As Of 12/12/2024 13:52:45

### Basic Information

**Case Title**
209A VIOLATION

**Location**
24 CHASE AVE

**Apt/Unit #**

**Date/Time Reported**
12/02/2024 13:48:09

**Date/Time Occurred**
11/29/2024 01:30 to 12/02/2024 13:48

**Incident Type(s)/Offense(s)**
(209A/7)ABUSE PREVENTION ORDER, VIOLATE c209A S7

### Persons

| Role | Name | Sex | Race |
|---|---|---|---|
| VICTIM | FREEMAN, TARA D | FEMALE | WHITE |
| VICTIM | FREEMAN, TROY | MALE | WHITE |
| INVOLVED PARTY | HURLEY-FREENAB, ZACHARY | MALE | WHITE |

### Offenders

| Status | Name | Sex | Race |
|---|---|---|---|
| DEFENDANT | FREEMAN, DAVID A | MALE | WHITE |

[ NO VEHICLES ]

[ NO PROPERTY ]

## OFFICER REPORT: 24040437 - 1 / HELMS G (38336)

| Date/Time of Report | Type of Report | Review Status |
|---|---|---|
| 12/02/2024 13:50:54 | INCIDENT | APPROVED |

### Report Officers

Reporting Officer:   HELMS G   38336
Reviewing Officer:   MCLEAN S   24875

Approving Officer: MCNEIL R 30896

Case 1:25-cv-13786-LTS Document 7 Filed 11/28/25 Page 5 of 10

Approving Officer: MCNEIL R 30896



## NEWTON POLICE DEPARTMENT
### NEWTON, MA

### INCIDENT DATA

| INCIDENT # | DATE/TIME REPORTED | CLASSIFICATION TYPE |
|---|---|---|
| 24040437 | 12/02/2024 13:48 | GENERAL INCIDENT |

### OFFICER REPORT: 24040437 - 1 / HELMS G (OFFICER)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 12/02/2024 13:48:09 | INCIDENT | APPROVED |

**NARRATIVE**

On Monday, December 2nd, 2024 at approximately 1345 hrs, I made contact with a Tara Freeman who wished to report a violation of a restraining order.

Tara stated that her husband, David Freeman was served Docket # 2412RO000137 on 11/26/24 by Ofc Marini. Tara stated the following day, David sent her divorce papers certified mail and then began sending emojis to old messages to both her & her son, Troy Freeman's phones (who is also listed on the restraining order). Tara reported these messages were sent on 11/29 3 days after David was served and he was reacting to messages from 10/30. I was able to verify David's phone number on Tara's phone as the same number Ofc Marini utilized when he served the RO last week. Tara went on to say that David is also posting screen shots and images about his family all over his Twitter account.

I have filed a Criminal Complaint Application charging David under:

209A/7 Violation of an Abuse Prevention Order (2 counts).

A 51A was verbally filed with Cryselle as well as online (#135723). Photos of this incident have been turned over to the IT Bureau.

### OFFICER REPORT: 24040437 - 2 / HELMS G (OFFICER)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 12/02/2024 13:48:09 | SUPPLEMENT | APPROVED |

**NARRATIVE**

On 12/12/2024 @ 1345 hrs, I made contact with Zachary who wished to provide updated information. Zachary stated he believed David is currently residing at his place of business, "Boston Jeeps" located at 386 Arsenal St Watertown.

Zachary further stated that David violated the RO by reaching out to his mother, Tara late last night. Zachary was advised to have his mother report the violation so that an attempt can be made to take David into custody at the aforementioned address to which he stated she would do later tonight.



**NEWTON POLICE DEPARTMENT**
NEWTON, MA

**INCIDENT # / REPORT #**
24041759 / 0

---

**INCIDENT #24041759 DATA**
As Of 12/13/2024 09:00:40

---

**BASIC INFORMATION**

| | | |
|---|---|---|
| **CASE TITLE** | **LOCATION** | **APT/UNIT #** |
| R.O VIOL/ TARA | 24 CHASE AVE | |
| **DATE/TIME REPORTED** | **DATE/TIME OCCURRED** | |
| 12/12/2024 21:33:52 | On or about 12/12/2024 21:33 | |

**INCIDENT TYPE(S)/OFFENSE(S)**
(209A/7)ABUSE PREVENTION ORDER, VIOLATE c209A S7

---

**PERSONS**

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| VICTIM | FREEMAN, TARA D | FEMALE | WHITE |

**OFFENDERS**

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| DEFENDANT | FREEMAN, DAVID A | MALE | WHITE |

[ NO VEHICLES ]

[ NO PROPERTY ]

---

**OFFICER REPORT: 24041759 - 0 / HARVEY N (44553)**

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 12/12/2024 21:35:45 | BASE REPORT | APPROVED |

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | HARVEY N | 44553 |
| Reviewing Officer: | HEALY D | 32785 |
| Approving Officer: | BRANDON H | 30619 |



## NEWTON POLICE DEPARTMENT
### NEWTON, MA

### INCIDENT DATA

| **INCIDENT #** | **DATE/TIME REPORTED** | **CLASSIFICATION TYPE** |
|---|---|---|
| 24041759 | 12/12/2024 21:33 | GENERAL INCIDENT |

---

**OFFICER REPORT: 24041759 - 1 / HARVEY N (OFFICER)**

| **DATE/TIME OF REPORT** | **TYPE OF REPORT** | **REVIEW STATUS** |
|---|---|---|
| 12/12/2024 21:33:52 | INCIDENT | APPROVED |

**NARRATIVE**

On December 12, 2024, at approximately 2130 hours, I, Officer Harvey, spoke with Tara Freeman at the front desk to report a 209A violation by David Freeman.

Ms. Freeman stated that last night 12/11/24 at approximately 2032 hours, Mr. Freeman contacted Ms. Freeman via text messages. The first message at 2032 hours stated "I need to sleep, I just need to be alone" and the second message at 2036 hours stated "Tim, please, I don't want to talk right now". Ms. Freeman believes that Mr. Freeman is pretending to text her by accident, but is actually checking to see if Ms. Freeman has blocked him. It should be known that the last text that Ms. Freeman sent to Mr. Freeman was on 11/25/24 before the R.O. was issued.

After further investigation it was determined that Mr. Freeman is no longer in the area and may have fled back to Florida after violating the order. As a result of this investigation I will be applying for a warrant for Mr. Freeman for a violation of MGL c209A/s7/ Abuse Prevention Order Violation (David Contacting Tara via text messages)

A court packet with all pertinent paperwork was placed in the Court Prosecutor's mailbox.

Photos of the Text messages have been sent to I.T. to be attached to this report.

BJ-FOR10172025aos

# AFFIDAVIT OF SERVICE

MIDDLESEX, SS          Newton, MA          October 26, 2025

I, Derrick Hughes, a licensed Constable in the City of Boston, Process Server (A Disinterested Party) outside the City of Boston, Notary Public in the State of Massachusetts hereby affirm on October 20, 2025, at approximately 3:08pm **Newton City Solicitor Newton City Hall 1000 Commonwealth Avenue Newton, MA 02459, was served a <u>FORMAL NOTICE AND DEMAND FOR RECTIFICATION V8.0 (R-GD)</u>**. Said service was received by Karen Fallon Legal Secretary of Newton City Hall 1000 Commonwealth Avenue Newton, MA 02459.

Date of Service: 10/20/2025

Date of Signature: 10/26/2025

Under the pains and penalties of perjury,

_____
Derrick Hughes, A Disinterested Party
Hughes & Associates
PO Box 256109
Dorchester, MA 02125
857-312-9791(Cell)
const.dhughes@gmail.com
Facebook: Hughes & Associates
Member of NAPPS(National Association of Professional Process Servers)
Member of Boston Constable Association
BBB Rating since 2017: A+